# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

127981

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWARD LEE BELL,
      Defendant-Appellant.

SC: 127981
COA: 247714
Wayne CC: 02-001628-01

_____/

On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Though we conclude in this case that the reinstruction of the jury in counsel's presence cured the prejudice presumed to result from substantive communications with the jury in counsel's absence, *People v France*, 436 Mich 138, 143 (1990), the trial judge is reminded to adhere to MCR 6.414(A) in the future.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

p1012